AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ASHLEY MANSEL, MONIC BAILEY, and CONNIE IDGAF,<br>*Plaintiff*<br>v.<br>GLENTEX, INC. d/b/a WOODY'S,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  16-cv-10015-Martinez/Goodman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    GLENTEX, INC. d/b/a WOODY'S,
    Atttn: Michael Pinter, Jr., Registered Agent
    853 ST. RD. 436
    SUITE 151
    CASSELBERRY, FL 32707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    LEVY & LEVY, P.A.
    915 Middle River Drive, Suite 518
    Fort Lauderdale, Florida 33304
    Telephone:  954-763-5722
    Facsimile:  954-763-5723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

Date:  Apr 6, 2016