UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 16-10015-CIV-MARTINEZ-GOODMAN

ASHLEY MANSEL, et al.,

    Plaintiffs,

vs.

GLENTEX, INC. d/b/a WOODY'S, a Florida
corporation, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Notices of Acceptance of Offer of Judgment filed on February 9, 2017 [ECF Nos. 116-119], and March 2, 2017 [ECF Nos. 121-124]. It is thereupon **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff, **ALENA LARRAZABAL CARIDAD**, and against Defendants **GLENTEX, INC. d/b/a WOODY'S**, and **MICHAEL PINTER, JR.**, in the sum of $4,510.00, plus interest thereon at the rate of 0.17% per annum, for which let execution issue;

2. Final Judgment is entered in favor of Plaintiff, **ANN-MARIE DOUGLAS**, and against Defendants **GLENTEX, INC. d/b/a WOODY'S**, and **MICHAEL PINTER, JR.**, in the sum of $10,010.00, plus interest thereon at the rate of 0.17% per annum, for which let execution issue;

3. Final Judgment is entered in favor of Plaintiff, **JULIETA CASTANOS**, and against Defendants **GLENTEX, INC. d/b/a WOODY'S**, and **MICHAEL PINTER, JR.**, in the

sum of $10,010.00, plus interest thereon at the rate of 0.17% per annum, for which let execution issue; and

4. Final Judgment is entered in favor of Plaintiff, **LEA MACKENZIE-KERR**, and against Defendants **GLENTEX, INC. d/b/a WOODY'S**, and **MICHAEL PINTER, JR.**, in the sum of $4,510.00, plus interest thereon at the rate of 0.17% per annum, for which let execution issue.

5. The Court reserves jurisdiction to address any requests for attorney's fees and costs.

6. The Clerk is directed to **DENY ANY PENDING MOTIONS AS MOOT**, and **CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this __3__ day of March, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record